AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br>*Defendant(s)* | Civil Action No. 2:22-cv-00389-DCN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Keith O. Crews
   1503 Scenic Overlook Court
   Kennesaw, GA 30152

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Andrew M. Wagley
   Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
   618 West Riverside Avenue, Suite 210
   Spokane, WA 99201

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: September 13, 2022



**United States Courts
District of Idaho
ISSUED
Jocelyn Dunnegan
on Sep 13, 2022 10:09 am**