Micah Eigler
_____
Full Name of Party Filing Document
PO Box 9042
_____
Mailing Address (Street or Post Office Box)
Calabasas, CA 91372
_____
City, State and Zip Code
(818) 939-2057
_____
Telephone
eigler1@gmail.com
_____
Email Address (if any)

**U.S. COURTS**

OCT 17 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE DISTRICT COURT FOR THE FIRST JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

SMALL CLAIMS DEPARTMENT

| | |
|---|---|
| CODY J. SCHUELER<br><br>_____<br>Plaintiff(s),<br>vs.<br>**MICAH EIGLER**<br>_____<br>Defendant(s). | Case No. 2:22-cv-00389-DCN<br><br>ANSWER<br><br><br>No Filing Fee |

1. If the Defendant's name is not spelled correctly on the Plaintiff's Claim, or if the Defendant's address or phone number are not correct or are omitted on the Plaintiff's Claim, fill out this portion.

| Defendant's Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | | | | | |
| Defendant's Name | Address | City | State | Zip | Phone |
| | | | | | |

2. If the Plaintiff's claim asks for a judgment for money, fill out this portion.
Do you agree that you owe money to the Plaintiff? ☐ Yes ☑ No
If yes, how much do you agree that you owe? $_____

ANSWER                                                                                       PAGE 1
CAO 3-1 07/01/2016

If you believe that you do not owe the Plaintiff the amount claimed or any money, state briefly why you do not owe the money. <u>I was merely an introducing party to the other defendant and I guranteed on behalf of that defendant who was defrauded by another lending institution named Bitrei and Trust Funds Bank. Based on the events that took place and the information that was provided to the Plaintiff prior to the loan being made I am not liable for the amount requested.</u>

3. If the Plaintiff's claim seeks the return of personal property, fill out this portion.

Do you agree with the part of the Plaintiff's claim asking for the return of personal property? ☐ Yes ☐ No

If not, state briefly why not. _____

_____

_____

_____

_____

BY SIGNING THIS ANSWER, THE DEFENDANT VERIFIES THAT the information above is true and correct to the Defendant's best knowledge.

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 10/13/2022

Micah Eigler
Typed/printed name

*[Signature]*
Signature

Favor de avisarnos antes de la fecha de la audencia si usted necesitara un interprete en la corte.