Eisler
P.O Box 9042
Calabasas, CA 91372

R8



CERTIFIED MAIL

7020 3160 0002 2925 3992



United States District Court
for the District of Idaho
6450 North Mineral Drive
Coeur d'Alene, ID 83815

83815-45987145



EXAMINED

OCT 17 2022

U.S. MARSHAL
District of Idaho

U.S. POSTAGE PAID
FCM LETTER
ENCINO, CA
91316
OCT 13, 22
AMOUNT
$4.60
R2305K136625-10

1000

83815