AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-CV-00389-DCN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Micah Eigler**
was recieved by me on  **9/26/2022**:

[X]  I personally served the summons on the individual at **ABC TO SKIP (CA), ABC TO SKIP (CA), Service Notes: LAST KNOWN ADDRESS: 6208 Enfield Avenue, Los Angeles, CA 91316, ABC TO SKIP (CA), Service Notes: LAST KNOWN ADDRESS: 6208 Enfield Avenue, Los Angeles, CA 91316, CA 91316 on 09/27/2022**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ **0** for travel and $ **171.50** for services, for a total of $ **171.50**.

I declare under penalty of perjury that this information is true.

Date:  09/27/2022

*Server's signature*

**Edward Chavez**
*Printed name and title*

**14338 Tiara Street
Van Nuys, CA 91401**

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Micah Eigler with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'6" -5'8" tall and weighing 160-180 lbs with glasses.




Tracking #: 0094000351