AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00389-DCN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Four SquareBiz, LLC**

was received by me on *(date)* **09/28/2022**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Four SquareBiz, LLC c/o Kelsey Flemming** , who is designated by law to accept service of process on behalf of *(name of organization)* **Registered Agents Inc** **30 N Gould St Ste R, Sheridan, WY 82801** on *(date)* **09/29/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **99.00** for services, for a total of $ **99.00**

I declare under penalty of perjury that this information is true.

Date: **09/29/2022**

*Server's signature*

**Dustin Looper, Process Server**
*Printed name and title*

**101 E Loucks St, Unit 6384**
**Sheridan, WY 82801**

*Server's address*

Additional information regarding attempted service, etc:
Additional Documents Served:
Complaint; and Exhibit A through C

9/29/22 @ 1:09pm
An individual identified as Kelsey Flemming, clerk for Registered Agents Inc, reviewed the agent's records and confirmed she was able to accept the service packet on behalf of Four SquareBiz LLC. She willing accepted the documents. (w, f, 30's, 5'8", 180lbs, blnd)