## AFFIDAVIT OF SERVICE

| Case:<br>2:22-cv-00389-DCN | Court:<br>United State District Court District of Idaho - Northern Division | County: | Job:<br>7654401 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Cody J. Schueler | | **Defendant / Respondent:**<br>Four Squarebiz, LLC, a Wyoming Limited Liability Company, Keith O. Crews, and individual and the associated marital community, Micah Eigler, and individual and the associated marital community, and John and Jane Does 1-10 | |
| **Received by:**<br>Metro Court Services | | **For:**<br>Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C. | |
| **To be served upon:**<br>Keith O. Crews | | | |

I, George Folds, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Keith O. Crews, 1503 Scenic Overlook Court, Kennesaw, GA 30152
**Manner of Service:** Personal/Individual, Sep 15, 2022, 7:36 pm EDT
**Documents:** Summons, Complaint, Exhibits

**Additional Comments:**
1) Successful Attempt: Sep 15, 2022, 7:36 pm EDT at 1503 Scenic Overlook Court, Kennesaw, GA 30152 received by Keith O. Crews. Age: 55; Ethnicity: African American; Gender: Male; Weight: 185; Height: 5'8";

_George Folds_    9-16-22
George Folds         Date

Metro Court Services
216 N Erwin St
Cartersville, GA 30120
(678)524-7292

Subscribed and sworn to before me by the affiant who is personally known to me.

_Alexis L. Forsyth_
Notary Public
9-16-22            4-7-23
Date             Commission Expires

[Notary Seal: Alexis L. Forsyth, Paulding County, Georgia, Commission Expires April 07, 2023]