Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:       509-623-1439
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>  Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**PLAINTIFF CODY SCHUELER'S MOTION TO STRIKE DEFENDANT MICAH EIGLER'S ANSWER** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully

Plaintiff Cody Schueler's Motion to Strike
Defendant Micah Eigler's Answer—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

moves this Court for an Order striking Defendant Micah Eigler's Answer as insufficient. The Court possesses the authority to strike Mr. Eigler's Answer pursuant to Fed. R. Civ. P. 12(f), for the Answer's noncompliance with Fed. R. Civ. P. 8(b)'s requirements. Mr. Schueler's request is supported by the accompanying Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer.

RESPECTFULLY SUBMITTED this 4th day of November, 2022.

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
Attorneys for Plaintiff

Plaintiff Cody Schueler's Motion to Strike
Defendant Micah Eigler's Answer—Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# DECLARATION OF SERVICE

The undersigned certifies, under penalty of perjury of the laws of the State of Washington, that I am now and at all times herein, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. On the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| | |
|---|---|
| Keith O. Crews<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Micah Eigler<br>6208 Enfield Avenue<br>Los Angeles, CA 91316 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>c/o Registered Agents Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |

EXECUTED this 4th day of November, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
     Jodi Dineen

Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100