Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax: 509-623-1439
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF CODY SCHUELER'S MOTION TO STRIKE DEFENDANT MICAH EIGLER'S ANSWER** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

following Memorandum in Support of his Motion to Strike Defendant Micah Eigler's Answer.

As explained below, Mr. Eigler's "Answer" is insufficient, as it fails to comply with the requirements of Fed. R. Civ. P. 8(b).  Not only is Mr. Eigler's "Answer" presented on a form designated for small claims state court, but in the pleading, Mr. Eigler fails to admit or deny, paragraph-by-paragraph, the allegations put forth in Mr. Schueler's Complaint.

## **BACKGROUND**

On September 12, 2022, Mr. Schueler filed his Complaint in this action against Four SquareBiz, LLC, Keith Crews, Micah Eigler, and John and Jane Does 1-10 (collectively "Defendants"). (*See* ECF No. 1.)  Mr. Eigler was properly served with the Summons and Complaint on September 27, 2022. (*See* ECF No. 9.)  Mr. Eigler filed his "Answer" on October 17, 2022. (*See* ECF No. 3.)  Mr. Eigler's Answer is written on a form meant to be filed in the "Small Claims Department" of the District Court for the First Judicial District for the State of Idaho.  (*See id.*)

In response to the question asking whether he owes Mr. Schueler money, Mr. Eigler checked the box stating "No" in his purported "Answer."  (ECF No.

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 2

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

3 at 1.)  Mr. Eigler then wrote the following in response to the prompt asking "state briefly why you do not owe the money":

> I was merely an introducing party to the other defendant and I guaranteed on behalf of that defendant who was defrauded by another lending institution named Bitrei and Trust Funds Bank.  Based on the events that took place and the information that was provided to the Plaintiff prior to the loan being made I am not liable for the amount requested.

(ECF No. 3 at 2.)  The above responses comprise the entirety of Mr. Eigler's "Answer."

## POINTS & AUTHORITIES

Fed. R. Civ. P. 12(f) permits the Court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  The rule allows the Court to act "on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading."  Fed. R. Civ. P. 12(f)(2).  The Court "has authority under Rule 12(f) to strike a pleading, in whole or in part."  *Culinary and Service Employees Union, AFL-CIO Local 555 v. Hawaii Employee Ben. Admin., Inc.*, 688 F.2d 1228, 1232 (1982).

Fed. R. Civ. P. 8 outlines the requirements for responding to a pleading.  The responding party, in responding to a complaint, must "state in short and

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 3

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

plain terms its defenses to each claim asserted against it" and "admit or deny the allegations asserted against it by an opposing party." Fed. R. Civ. P. 8(b)(1)(A)-(B). The responding party's "denial must fairly respond to the substance of the allegation." Fed. R. Civ. P. 8(b)(2). The rule allows for either general or specific denials, in the following circumstances:

> A party that intends in good faith to deny all the allegations of a pleading—including the jurisdictional grounds—may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.

Fed. R. Civ. P. 8(b)(3).

Federal courts have held that a responding party's failure to sufficiently comply with the requirements of Fed. R. Civ. P. 8(b) is grounds for striking the responding party's answer. *See Greenberg v. Guzman*, 2014 WL 12569375 (C.D. Cal. 2014) (Court struck defendant's Answer that contained a one-sentence, general denial of the Complaint's allegations, because it lacked "good faith as required by Rule 8(b)(3)"); *see also Randazza v. Cox*, 2013 WL 1767966 (D. Nev. 2013) (Court struck defendant's Answer that stated she denied "'all counts of Complaint,'" because the statement failed to "actually address the claims asserted" in the Complaint).[1]

---

[1] Unpublished and/or out-of-jurisdiction authorities offered for persuasive purposes only.

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 4

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

Here, Mr. Eigler's Answer is insufficient under the Federal Rules of Civil Procedure. Mr. Eigler did not state, in short and plain terms, his admission to or denial of the allegations put forth in Mr. Schueler's Complaint paragraph-by-paragraph. *See* Fed. R. Civ. P. 8(b)(1)(A)-(B). While Mr. Eigler denies liability for the claims against him, his denial to said claims does not "fairly respond to the substance of the allegation[s]." Fed. R. Civ. P. 8(b)(2). Mr. Eigler's pleading does not address each, specific claim made against him, nor does it address a significant majority of the extensive allegations made in the Complaint.

## **CONCLUSION**

For the foregoing reasons, this Court should grant Mr. Schueler's Motion to Strike Defendant Micah Eigler's Answer, based on Mr. Eigler's failure to comply with Fed. R. Civ. P. 8(b)'s requirements.

RESPECTFULLY SUBMITTED this 4th day of November, 2022.

          ETTER, McMAHON, LAMBERSON,
            VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
    Andrew M. Wagley, ISB #10277
    Samir Dizdarevic-Miller, ISB #11471
    Attorneys for Plaintiff

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 5

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

## DECLARATION OF SERVICE

The undersigned certifies, under penalty of perjury of the laws of the State of Washington, that I am now and at all times herein, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. On the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| Party | Method |
|---|---|
| Keith O. Crews<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Micah Eigler<br>6208 Enfield Avenue<br>Los Angeles, CA 91316 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>c/o Registered Agents Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |

EXECUTED this 4th day of November, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
     Jodi Dineen

Memorandum in Support of Plaintiff Cody Schueler's Motion to Strike Defendant Micah Eigler's Answer—Page 6

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100