Samir Dizdarevic-Miller, ISB #11471
Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
618 W. Riverside Ave., Ste. 210
Spokane, Washington 99201
Telephone: (509) 747-9100
Fax: (509) 623-1439
samir@ettermcmahon.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-00389-DCN <br><br> **NOTICE OF APPEARANCE ON BEHALF OD CODY J. SCHUELER** |

PLEASE TAKE NOTICE that SAMIR DIZDAREVIC-MILLLER of the law firm of ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C., hereby appears in the above cause of action on behalf of Plaintiff CODY J. SCHUELER, and requests that all further pleadings and papers

NOTICE OF APPEARANCE ON BEHALF OF
CODY J. SCHUELER — Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210,
SPOKANE, WASHINGTON 99201   (509) 747-9100

herein, except process, be served upon the undersigned attorney at the address stated herein.

Dated November 7, 2022.

By: /s/ Samir Dizdarevic-Miller
Samir Dizdarevic-Miller, ISB #11471
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 W. Riverside Ave., Ste. 210
Spokane, WA  99201
Telephone:  509-747-9100
Fax:  509-623-1439
Email: samir@ettermcmahon.com

NOTICE OF APPEARANCE ON BEHALF OF
CODY J. SCHUELER – Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210,
SPOKANE, WASHINGTON 99201    (509) 747-9100

# DECLARATION OF SERVICE

The undersigned certifies, under penalty of perjury of the laws of the State of Washington, that I am now and at all times herein, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. On the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| Party | Method |
|---|---|
| Keith O. Crews<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Micah Eigler<br>6208 Enfield Avenue<br>Los Angeles, CA 91316 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>c/o Registered Agents Inc.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail, postage prepaid<br>☐ Facsimile<br>☐ E-Mail - via WA Courts<br>☐ Via Hand Delivery |

EXECUTED this 7th day of November, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
Jodi Dineen

NOTICE OF APPEARANCE ON BEHALF OF CODY J. SCHUELER — Page 3

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210,
SPOKANE, WASHINGTON 99201  (509) 747-9100