Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:      509-623-1439
Email:  awagley@ettermcmahon.com
Email:  samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**MOTION FOR DEFAULT—DEFENDANT KEITH O. CREWS** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully

Motion for Default—Page 1

moves for an Order of Default against Defendant Keith O. Crews, individually and the marital community comprised thereof (hereinafter "Defendant Crews"). This Motion is based upon Fed. R. Civ. P. 55. This Motion is supported by the accompanying Memorandum of Law, Declaration of Andrew M. Wagley, and the Court File herein.

As indicated fully in the accompanying Memorandum of Law, an Order of Default is warranted as Defendant Crews has failed to formally appear, file an Answer, or otherwise defend against this lawsuit, despite being served the Summons and Complaint on September 15, 2022. (*See* ECF No. 8.)

RESPECTFULLY SUBMITTED this 29th day of December, 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
*Attorneys for Plaintiff Cody J. Schueler*

Motion for Default—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

# **CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| Party | Method |
|---|---|
| Keith Crews<br>okcrews@yahoo.com<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Micah Eigler<br>eigler1@gmail.com<br>6208 Enfield Avenue<br>Los Angeles, CA 91316<br>PO Box 9042<br>Calabasas, CA 91372 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>okcrews@4squarebiz.com<br>C/o Registered Agents Inc.<br>30 North Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |

EXECUTED this 29th day of December, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
Jodi Dineen

Motion for Default—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100