UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**[PROPOSED] ORDER OF DEFAULT— DEFENDANT KEITH O. CREWS** |

THIS MATTER came before the Court pursuant to Plaintiff Cody J. Schueler's Motion for Default against Defendant Keith O. Crews, individually and the marital community comprised thereof (hereinafter "Defendant Crews").

Order of Default—Page 1

<a>
<s>
<p>
</p>
</s>
</a>

The Court has reviewed the moving papers and is fully advised. The Court **FINDS** that Defendant Crews has not appeared or otherwise defended this action. As such, it is **HEREBY ORDERED** that Defendant Crews is in default.

IT IS SO ORDERED this ___ day of January, 2023.

---

**COURT CLERK, DISTRICT OF IDAHO**
**UNITED STATES DISTRICT COURT**

<s>
</s>

<s>Order of Default—Page 2</s>

# **CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| Party | Method |
|---|---|
| Keith Crews<br>okcrews@yahoo.com<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Micah Eigler<br>eigler1@gmail.com<br>6208 Enfield Avenue<br>Los Angeles, CA 91316<br>PO Box 9042<br>Calabasas, CA 91372 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>okcrews@4squarebiz.com<br>C/o Registered Agents Inc.<br>30 North Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |

EXECUTED this 29th day of December, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
    Jodi Dineen