UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**[PROPOSED] ORDER OF DEFAULT— DEFENDANT FOUR SQUAREBIZ, LLC** |

THIS MATTER came before the Court pursuant to Plaintiff Cody J. Schueler's Motion for Default against Defendant Four SquareBiz, LLC (hereinafter "Four SquareBiz").

Order of Default—Page 1

The Court has reviewed the moving papers and is fully advised. The Court **FINDS** that Four SquareBiz has not appeared or otherwise defended this action. As such, it is **HEREBY ORDERED** that Defendant Four SquareBiz is in default.

IT IS SO ORDERED this ___ day of January, 2023.

**COURT CLERK, DISTRICT OF IDAHO**
**UNITED STATES DISTRICT COURT**

# CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| | |
|---|---|
| Keith Crews<br>okcrews@yahoo.com<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Micah Eigler<br>eigler1@gmail.com<br>6208 Enfield Avenue<br>Los Angeles, CA 91316<br>PO Box 9042<br>Calabasas, CA 91372 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>okcrews@4squarebiz.com<br>C/o Registered Agents Inc.<br>30 North Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |

EXECUTED this 29th day of December, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
      Jodi Dineen