Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:      509-623-1439
Email:  awagley@ettermcmahon.com
Email:  samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

## UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF MOTIONS FOR DEFAULT** |

I, Andrew M. Wagley, hereby declare the foregoing is true and correct:

1.　　I am over the age of eighteen and competent to testify regarding the matters stated herein.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2.      I am attorney of record for Plaintiff, Cody Schueler.  I make this Declaration in Support of Plaintiff's accompanying Motion(s) for Default against Defendants Keith Crews and Four SquareBiz, LLC.

3.      This lawsuit was initiated via Complaint filed on September 12, 2022.  The Complaint is located at ECF No. 1 in the Court File.

4.      Defendant Keith Crews was personally served on September 15, 2022.  The Affidavit of Service is located at ECF No. 8.

5.      Defendant Four SquareBiz, LLC was served via its registered agent on September 28, 2022.  The Proof of Service is located at ECF No. 7.  Registered Agents Inc. is listed as Four SquareBiz's registered agent on the Wyoming Secretary of State website.  Attached hereto as **Exhibit A** is a true and correct copy of a printout from the State of Wyoming, Secretary of State, Business Division website.

6.      As indicated in the various Bitcoin Loan Agreements, Defendant Keith Crews represented himself as the Chairman of Four SquareBiz, LLC at all times pertinent to this litigation.

7.      To date, Defendants Keith Crews and Four SquareBiz, LLC have not formally appeared, filed an Answer, or otherwise attempted to defend this litigation.

Declaration of Andrew M. Wagley in
Support of Motions for Default—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

8.   Attached hereto as **Exhibit B** is a true and correct printout of email correspondence between myself, Keith Crews, and Micah Eigler.  On December 2, 2022, I emailed Mr. Crews the following:

> It is still not clear whether you anticipate participating on behalf of yourself only or both you and Four SquareBiz.  Please clarify.  Also, we anticipate moving for a default soon if you do not formally appear and participate in the litigation.  As discussed multiple times before, a lot of money is on the line and it is advisable that you obtain an attorney.

(Ex. B at p. 1.)  To date, no response has been received regarding this email and no attorney has appeared on behalf of Defendants.

9.   Based upon the foregoing, good cause exists to grant Plaintiff's Motion(s) for Default.  This request is made approximately three months after service and following multiple opportunities for Defendants Crews and Four SquareBiz to appear and meaningfully participate in this litigation.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

EXECUTED this 29th day of December, 2022 in Spokane, WA.

By:  /s/ Andrew M. Wagley
Andrew M. Wagley

Declaration of Andrew M. Wagley in
Support of Motions for Default—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2

## CERTIFICATE OF SERVICE

3

4
    The undersigned certifies, under penalty of perjury of the laws of the

5
United States, that on the date given below, I caused to be served in the manner

6

7
noted copies of the foregoing document upon the following parties:

8       Keith Crews                          ☒ U.S. Mail
9       okcrews@yahoo.com                    ☐ Facsimile
10      1503 Scenic Overlook Court           ☒ E-Mail
        Kennesaw, GA 30152                   ☐ Via Hand Delivery
11

12
13      Micah Eigler                         ☒ U.S. Mail
        eigler1@gmail.com                    ☐ Facsimile
14      6208 Enfield Avenue                  ☒ E-Mail
15      Los Angeles, CA 91316                ☐ Via Hand Delivery
16      PO Box 9042
        Calabasas, CA 91372
17

18
19      Four SquareBiz, LLC                  ☒ U.S. Mail
        okcrews@4squarebiz.com               ☐ Facsimile
20      C/o Registered Agents Inc.           ☒ E-Mail
21      30 North Gould Street, Suite R       ☐ Via Hand Delivery
        Sheridan, WY 82801
22

23

24
        EXECUTED this 29th day of December, 2022 in Spokane, Washington.
25

26

27                      By:/s/ Jodi Dineen _____
28                         Jodi Dineen

29

30

31

32

Declaration of Andrew M. Wagley in                ETTER, McMAHON, LAMBERSON,
Support of Motions for Default—Page 4             VAN WERT & ORESKOVICH, P.C.
                                                  618 WEST RIVERSIDE AVENUE, SUITE 210
                                                  SPOKANE, WASHINGTON 99201   (509) 747-9100