# EXHIBIT A

## STATE OF WYOMING ✶ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | Four (4) Square Biz LLC | | |
| **Filing ID** | 2018-000813944 | | |
| **Type** | Limited Liability Company | **Status** | Inactive - Administratively Dissolved (Tax) |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 07/29/2018 10:07 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 09/08/2021 |

### Principal Address

2100 Ellison Lakes Dr. NW, Unit 116
Kennesaw, GA 30152

### Mailing Address

1799 Lead Mine Valley Rd SW,
Cleveland, TN 37311

### Registered Agent Address

Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Keith Oneil Crews  2100 Ellison Lakes Dr. NW, Unit 116 GA 30152 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

Page 1 of 3

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | | |
|---|---|---|---|---|
| **Name** | Four (4) Square Biz LLC | | | |
| **Filing ID** | 2018-000813944 | | | |
| **Type** | Limited Liability Company | **Status** | | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2020 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 05914875 |
| AR Date | 9/11/2020 3:39 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| **Principal Address** | **Mailing Address** |
|---|---|
| 2100 Ellison Lakes Dr. NW, Unit 116 | 1799 Lead Mine Valley Rd SW, |
| Kennesaw, GA 30152 | Cleveland, TN 37311 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 04745432 | Original | 07/01/2019 | 2019 | $50.00 |
| 05914875 | Original | 09/11/2020 | 2020 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2021-003319102 | Dissolution / Revocation - Tax | 09/08/2021 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 09/08/2021 | |
| 2021-003258551 | Delinquency Notice - Tax | 07/02/2021 |
| 2020-002937137 | Reinstatement - Tax | 09/11/2020 |
| | Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active | |
| 2020-002931107 | Dissolution / Revocation - Tax | 09/08/2020 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 09/08/2020 | |
| 2020-002882725 | Delinquency Notice - Tax | 07/02/2020 |
| 2018-002453390 | RA Address Change | 12/11/2018 |
| 2018-002347338 | Change of Agent | 08/01/2018 |
| | Registered Agent # Changed  From: 0193202  To: 0185352 | |

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | **Four (4) Square Biz LLC** | | |
| **Filing ID** | **2018-000813944** | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

Registered Agent Organization Name Changed  From: Buffalo Registered Agents LLC  To: Registered Agents Inc.
Registered Agent Physical Address 1 Changed  From: 412 N Main St Ste 100  To: 30 N Gould St Ste R
Registered Agent Physical City Changed  From: Buffalo  To: Sheridan
Registered Agent Physical County Changed  From: Johnson  To: Sheridan
Registered Agent Physical Postal Code Changed  From: 82834  To: 82801

| | | |
|---|---|---|
| See Filing ID | Initial Filing | 07/29/2018 |

# EXHIBIT B

**Andrew Wagley**

| | |
|---|---|
| **From:** | Andrew Wagley |
| **Sent:** | Friday, December 02, 2022 9:27 AM |
| **To:** | Keith Crews |
| **Cc:** | 'Micah Eigler'; okcrews@4squarebiz.com; Jodi Dineen; Samir Dizdarevic-Miller |
| **Subject:** | RE: Litigation Plan and Discovery Plan |

Mr. Crews,

The Scheduling Conference is being moved approximately a month so you can participate. It is still not clear whether you anticipate participating on behalf of yourself only or both you and Four SquareBiz. Please clarify. Also, we anticipate moving for a default soon if you do not formally appear and participate in the litigation. As discussed multiple times before, a lot of money is on the line and it is advisable that you obtain an attorney.

Thanks,

Andy

**ANDREW M. WAGLEY**
**Principal | awagley@ettermcmahon.com | Attorney Bio | www.ettermcmahon.com**



Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509.747.9100  Fax: 509.623.1439

*CONFIDENTIALITY NOTICE: The information contained in this email, and any attachments hereto, may contain confidential or privileged material. If you are not the intended recipient, any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited. If you believe that you have received this email in error, please notify the sender and delete the copy you received immediately.*

**From:** Keith Crews <okcrews@yahoo.com>
**Sent:** Thursday, December 01, 2022 9:47 PM
**To:** Andrew Wagley <awagley@ettermcmahon.com>
**Subject:** Re: Litigation Plan and Discovery Plan

Hi Andrew

I am not available for the hearing held on December 2nd, so I am asking for a two-week extension to get prepared for the legal summons.

Please let me know if this is acceptable protocol at the last minute. I apologize for the last-minute notification to Andrew.

Thanks
Keith

1

On Thursday, December 1, 2022 at 06:27:19 PM EST, Andrew Wagley <awagley@ettermcmahon.com> wrote:

Mr. Eigler,

Just a reminder I will be calling at approximately 8:50 am PST tomorrow morning for the Court's Scheduling Conference.

Mr. Crews,

Are you going to participate? If so, what number do we call you at?

Thanks,

Andy

**ANDREW M. WAGLEY**

Principal | awagley@ettermcmahon.com | Attorney Bio | www.ettermcmahon.com



Etter, M<sup>c</sup>Mahon, Lamberson, Van Wert & Oreskovich, P.C.

618 West Riverside Avenue, Suite 210

Spokane, WA 99201

Phone: 509.747.9100  Fax: 509.623.1439

CONFIDENTIALITY NOTICE: The information contained in this email, and any attachments hereto, may contain confidential or privileged material. If you are not the intended recipient, any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited. If you believe that you have received this email in error, please notify the sender and delete the copy you received immediately.

2

**From:** Micah Eigler <eigler1@gmail.com>
**Sent:** Tuesday, November 29, 2022 9:51 AM
**To:** Andrew Wagley <awagley@ettermcmahon.com>
**Subject:** RE: Litigation Plan and Discovery Plan


(818)939–2057


**From:** Andrew Wagley <awagley@ettermcmahon.com>
**Sent:** Tuesday, November 29, 2022 9:28 AM
**To:** Micah Eigler <eigler1@gmail.com>; okcrews@4squarebiz.com; okcrews@yahoo.com
**Cc:** Jodi Dineen <jdineen@ettermcmahon.com>
**Subject:** RE: Litigation Plan and Discovery Plan


Yes, we will send you and Mr. Crews a conformed copy today. As discussed, the telephone conference is this Friday, at 9:00 am PST. We have to get you on the line and then call the Court. Please provide the best number to reach you at on Friday morning.


Thanks,


Andy


**ANDREW M. WAGLEY**

Principal | awagley@ettermcmahon.com | Attorney Bio | www.ettermcmahon.com




Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.

618 West Riverside Avenue, Suite 210

Spokane, WA 99201

Phone: 509.747.9100  Fax: 509.623.1439


CONFIDENTIALITY NOTICE: The information contained in this email, and any attachments hereto, may contain confidential or privileged material. If you are not the intended recipient, any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited. If you believe that you have received this email in error, please notify the sender and delete the copy you received immediately.

3

**From:** Micah Eigler <eigler1@gmail.com>
**Sent:** Tuesday, November 29, 2022 9:21 AM
**To:** Andrew Wagley <awagley@ettermcmahon.com>
**Subject:** RE: Litigation Plan and Discovery Plan

Andrew were you able to submit the Litigation and discovery plan to the court?

**From:** Andrew Wagley <awagley@ettermcmahon.com>
**Sent:** Friday, November 25, 2022 3:23 PM
**To:** Micah Eigler <eigler1@gmail.com>
**Cc:** okcrews@4squarebiz.com; okcrews@yahoo.com; Jodi Dineen <jdineen@ettermcmahon.com>; Samir Dizdarevic-Miller <samir@ettermcmahon.com>
**Subject:** Re: Litigation Plan and Discovery Plan

Mr. Eigler,

The caption that indicates "marital community" is because of the caption on the Complaint. (Note that the Complaint alleges the marital community is involved and that is my understanding of the documents.) I will indicate where applicable on the Discovery Plan and Litigation Plan that you dispute the marital community is involved and we can argue the issue later on in the litigation.

Does Mr. Crews have any comments, revisions, or the like for the Discovery Plan and Litigation Plan? As discussed, I need to file before 5 pm with or without his substantive participation.

Thanks,

Andy

4

**Andrew M. Wagley**

**Principal | awagley@ettermcmahon.com | Attorney Bio | www.ettermcmahon.com**



**Etter, M<sup>c</sup>Mahon, Lamberson, Van Wert & Oreskovich, P.C.**

**618 West Riverside Avenue, Suite 210**

**Spokane, WA 99201**

**Phone: 509.747.9100  Fax: 509.623.1439**

*CONFIDENTIALITY NOTICE: The information contained in this email, and any attachments hereto, may contain confidential or privileged material. If you are not the intended recipient, any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited. If you believe that you have received this email in error, please notify the sender and delete the copy you received immediately.*

---

**From:** Micah Eigler <eigler1@gmail.com>
**Date:** Friday, November 25, 2022 at 3:08 PM
**To:** Andrew Wagley <awagley@ettermcmahon.com>
**Cc:** "okcrews@yahoo.com" <okcrews@yahoo.com>
**Subject:** RE: Litigation Plan and Discovery Plan

Andrew I am ok with the current litigation and discovery plan however I signed all agreements as an individual not as marital community. Therefore I do not agree for this to be filed as such. Please confirm you will not be filing as marital community as I signed all agreements as an individual. My wife never agreed to any of these documents and is therefore not responsible for anything.

Thank you.

MICAH EIGLER

GDIH CAPITAL MANAGEMENT GROUP

GDIH FIRST RESPONSE AND SECURITY GROUP

FIRST CAPITAL REAL ESTATE GROUP

GLOBAL COMMUNITY MANAGEMENT
(818)939–2057 Direct

5

Eigler1@gmail.com
skype: micah.eigler

**Important Confidentiality Notice:**
This email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use disclosure, or distribution is prohibited. If you have received this email and are not the intended recipient, please contact the sender immediately and destroy all copies of the original message. Sender is not a United Securities Dealer, Broker or US Investment Adviser. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This electronic transmission and or attached documents have not been verified or authenticated and are not to be considered a solicitation for any purpose in any from or content, nor an offer to sell and / or buy securities and or properties. It is merely done so as a request for information. Upon receipt of these documents, you as the recipient, acknowledge this disclaimer and warnings herein. By reading beyond this point, you agree, acknowledge and accept that this is a privileged, proprietary and confidential communication and you agree to keep it private.

**From:** Andrew Wagley <awagley@ettermcmahon.com>
**Sent:** Friday, November 25, 2022 9:23 AM
**To:** micah eigler <eigler1@gmail.com>; okcrews@4squarebiz.com; okcrews@yahoo.com
**Cc:** Samir Dizdarevic-Miller <samir@ettermcmahon.com>; Jodi Dineen <jdineen@ettermcmahon.com>
**Subject:** Litigation Plan and Discovery Plan

Gentlemen,

Please find the attached. As discussed, everything should be fine, but please verify as I cannot speak for your positions. We need to file today as discussed. Please respond with any changes and I can finalize and file.

Thanks,

Andy

**Andrew M. Wagley**

Principal | awagley@ettermcmahon.com | Attorney Bio | www.ettermcmahon.com



Etter, M<sup>c</sup>Mahon, Lamberson, Van Wert & Oreskovich, P.C.

618 West Riverside Avenue, Suite 210

Spokane, WA 99201

6

**Phone: 509.747.9100  Fax: 509.623.1439**

*CONFIDENTIALITY NOTICE: The information contained in this email, and any attachments hereto, may contain confidential or privileged material. If you are not the intended recipient, any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited. If you believe that you have received this email in error, please notify the sender and delete the copy you received immediately.*