UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1–10,<br><br>    Defendants. | Case No. 2:22-cv-00389-DCN |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendants named below. It further appears that the Defendants have failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. The Defendants, **Keith O. Crews and Four Squarebiz, LLC**, are therefore in default.

DATED: Jan 26, 2023

Stephen W. Kenyon,
Clerk of the United States District Court
District of Idaho

**CLERK'S ENTRY OF DEFAULT – PAGE 1**

By: _____
Deputy Clerk