Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:     509-623-1439
Email:  awagley@ettermcmahon.com
Email:  samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**MOTION FOR DEFAULT—DEFENDANT MICAH EIGLER** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully

Motion for Default—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

moves for an Order of Default against Defendant Micah Eigler, individually and the marital community comprised thereof (hereinafter "Defendant Eigler"). This Motion is based upon Fed. R. Civ. P. 55. This Motion is supported by the accompanying Memorandum of Law, previous Declaration of Andrew M. Wagley (in support of the default against Defendants Four SquareBiz, LLC and Keith Crews), and the Court File herein.

As indicated in the Memorandum of Law, an Order of Default is warranted as Defendant Eigler has failed to formally appear, file a sufficient Answer, or otherwise adequately defend against this lawsuit, despite being served the Summons and Complaint on September 26, 2022. (ECF No. 9.)

RESPECTFULLY SUBMITTED this 3rd day of March, 2023.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
    Andrew M. Wagley, ISB #10277
    Samir Dizdarevic-Miller, ISB #11471
    *Attorneys for Plaintiff Cody J. Schueler*

Motion for Default—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

# **CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| | |
|---|---|
| Keith Crews<br>okcrews@yahoo.com<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Micah Eigler<br>eigler1@gmail.com<br>6208 Enfield Avenue<br>Los Angeles, CA 91316<br>PO Box 9042<br>Calabasas, CA 91372 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>okcrews@4squarebiz.com<br>C/o Registered Agents Inc.<br>30 North Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail<br>☐ Via Hand Delivery |

EXECUTED this 3rd day of March, 2023 in Spokane, Washington.

By: /s/ Jodi Dineen
    Jodi Dineen

Motion for Default—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100