UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1–10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN |

## CLERK'S SECOND ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that the Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. The Defendant, MICAH EIGLER,[1] is therefore in default.

DATED:  3/6/23

Stephen W. Kenyon,
Clerk of the United States District Court
District of Idaho

By: _/s/ Annie Williams__
Deputy Clerk

---

[1] This entry is also applicable against the Defendant's marital community.

**CLERK'S SECOND ENTRY OF DEFAULT – PAGE 1**