Andrew M. Wagley, ISB #10277
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:  509-623-1439
Email:  awagley@ettermcmahon.com
*Attorney for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**NOTICE OF DEFENDANT MICAH EIGLER'S BANKRUPTCY** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorney of record, Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby provides this Notice of Defendant Micah Eigler's Bankruptcy.

On or about April 10, 2023, counsel for Plaintiff received Official Form 309A, entitled "Notice of Chapter 7 Bankruptcy Case," regarding Defendant Micah Eigler.  As indicated

Notice of Defendant Micah Eigler's
Bankruptcy—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

therein, Defendant Micah Eigler filed Chapter 7 Bankruptcy on April 4, 2023 in the Central District of California, Case No. 1:23-bk-10422-MB.

Despite the potential automatic stay applying to Defendant Eigler in this matter, Plaintiff still intends to seek Default Judgment against the remaining Defendants herein to the fullest extent allowed by law and equity.

RESPECTFULLY SUBMITTED this 28th day of April, 2023.

      ETTER, M<sup>c</sup>MAHON, LAMBERSON,
      VAN WERT & ORESKOVICH, P.C.

By /s/ Andrew M. Wagley
  ANDREW M. WAGLEY, ISB #10277
  Attorney for Defendants

Notice of Defendant Micah Eigler's Bankruptcy—Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated herein, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

EXECUTED this 28th day of April, 2023 in Spokane, Washington.

By: /s/ Jodi Dineen
     Jodi Dineen

Notice of Defendant Micah Eigler's
Bankruptcy—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100