Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:      509-623-1439
Email: awagley@ettermcmahon.com
Email: samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully submits the following Memorandum in Support of Plaintiff's Motion for Leave to File an Overlength Memorandum in Support of Plaintiff's Motion for Default Judgment.

Memorandum in Support of Plaintiff's Motion for Leave to File Overlength Brief—Page 1

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## BACKGROUND

In this commercial lawsuit, Plaintiff Cody J. Schueler entered into three Bitcoin Loan Agreements with Defendants Four SquareBiz, LLC ("Four SquareBiz"), Keith Crews, and Micah Eigler, each of which agreements were accompanied by Personal Guaranties executed by Defendants Crews and Eigler. (*See* ECF No. 1.) Pursuant to the three Agreements, Mr. Schueler loaned Defendants a total $938,967.55 for the purposes of investing in a purportedly new form of cryptocurrency, referred to as "Dstem Coin." (*See Id.* at 4.) Defendants did not perform under any of the three Agreements and never repaid Mr. Schueler the amount he loaned them. Plaintiff filed this suit against Defendants on September 12, 2022. (*See id.*) All Defendants are in Default. (ECF No. 22; ECF No. 27.)

## POINTS & AUTHORITIES

L. Civ. R. 7.1 governs motion practice, including the length of briefing. L. Civ. R. 7.1(a)(2) provides, in relevant part:

> No memorandum of points and authorities in support of or in opposition to a motion may exceed twenty (20) pages in length, nor may a reply brief exceed ten (10) pages in length, without express leave of the Court which will be granted only under unusual circumstances.

L. Civ. R. 7.1(a)(2).

In the situation at hand, unusual circumstances exist to allow Plaintiff to submit an overlength Memorandum in Support of Plaintiff's Motion for Default Judgment for the following reasons.

First, the underlying facts and multiple contracts between the parties are complex. This matter involves three Agreements and multiple Personal Guarantees entered into by the

Memorandum in Support of Plaintiff's Motion for Leave to File Overlength Brief—Page 2

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

parties on the basis of Defendants' fraud and inducement of Plaintiff, as well as Defendants' breaches of each Agreement due to their nonperformance. Second, analysis of the seven, "*Eitel* Factors" is necessary for the Court's consideration of whether to enter Default Judgment against Defendants. While such analysis is ordinarily extensive, it is further complicated here, where there are multiple defendants. Analysis under the *Eitel* Factors needs to be performed as to both Defendants Four SquareBiz and Crews. Moreover, Plaintiff has six substantive claims against Defendant Crews and four substantive claims against Four SquareBiz. Under the *Eitel* Factors, the merits of each claim are considered, which additionally expands the amount of requisite analysis. Third, Mr. Schueler's claims implicate Defendant Crews' marital community, because the subject Agreements and Personal Guarantees are governed by the State of Idaho. This issue requires a choice of law analysis to be conducted. Finally, because Defendant Eigler is in Bankruptcy, analysis supporting why Default Judgment may be entered against the other defendants, but not Defendant Eigler, is also required.

Due to the above reasons, despite best efforts to comply with L. Civ. R. 7.1(a)(2)'s length requirements, counsel has been unable to reduce its current Memorandum in Support of Plaintiff's Motion for Default Judgment to twenty pages. Accordingly, Plaintiff respectfully requests leave to file the aforementioned brief at a length not to exceed twenty-five pages.

//

//

Memorandum in Support of Plaintiff's Motion for Leave to File Overlength Brief—Page 3

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

RESPECTFULLY SUBMITTED this 26th day of July, 2023.

        ETTER, McMAHON, LAMBERSON,
         VAN WERT & ORESKOVICH, P.C.

By:  /s/ Andrew M. Wagley
    Andrew M. Wagley, ISB #10277
    Samir Dizdarevic-Miller, ISB #11471
    *Attorneys for Plaintiff Cody J. Schueler*

Memorandum in Support of Plaintiff's Motion for Leave to File Overlength Brief—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100