Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax:     509-623-1439
Email: awagley@ettermcmahon.com
Email: samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, Andrew M. Wagley and Samir Dizdarevic-Miller of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully submits this Motion for Default Judgment against Defendants Four SquareBiz, LLC ("Four SquareBiz") and Keith O. Crews, individually and the associated marital community comprised thereof ("Defendant Crews").

Plaintiff's Motion for Default Judgment—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

This Motion is made pursuant to Fed. R. Civ. P. 55(b) and is supported by the accompanying Memorandum of Law, including the points and authorities therein.

As indicated fully in the accompanying Memorandum of Law, Default Judgment is warranted against Defendants Four SquareBiz and Crews based upon the analysis articulated in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986), and its progeny.  Plaintiff does not seek Default Judgment against Defendant Micah Eigler ("Defendant Eigler") based upon Defendant Eigler's Chapter 7 Bankruptcy.  Despite this litigation pending for 11 months, Defendants have failed to formally appear, obtain counsel, or demonstrate a meaningful attempt to defend this lawsuit.  As such, Default Judgment in the amount of $1,199,809.31, comprised of $938,967.55 in principal and $260,841.76 in reasonable interest, is appropriate against the remaining Defendants (Four SquareBiz and Crews).

Based upon the foregoing, Plaintiff is entitled to a Default Judgment in the sum of $1,199,809.31 against the remaining Defendants.

RESPECTFULLY SUBMITTED this 11th day of August, 2023.

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Andrew M. Wagley
Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
*Attorneys for Plaintiff Cody J. Schueler*

Plaintiff's Motion for Default
Judgment—Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

  The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

| | |
|---|---|
| Keith Crews<br>1503 Scenic Overlook Court<br>Kennesaw, GA 30152 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ E-Mail<br>☐ Via Hand Delivery |
| Four SquareBiz, LLC<br>C/o Registered Agents Inc.<br>30 North Gould Street, Suite R<br>Sheridan, WY 82801 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ E-Mail<br>☐ Via Hand Delivery |

  EXECUTED this 11th day of August, 2023 in Spokane, Washington.

By: /s/ Jodi Dineen
   Jodi Dineen

Plaintiff's Motion for Default
Judgment—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100