Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax:     509-623-1439
Email:  awagley@ettermcmahon.com
Email:  samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Andrew M. Wagley, hereby declare the foregoing is true and correct to the best of my knowledge:

1. I am over the age of eighteen and competent to testify regarding the matters stated herein. I am attorney of record for Plaintiff, Cody Schueler. I make this Declaration in Support of Plaintiff's Motion for Default Judgment.

Declaration of Andrew M. Wagley in Support of Motion for Default Judgment—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. Prior to the initiation of this litigation, I sent demand letters to Defendants on July 13, 2022. I also sent "follow up" letters on August 4, 2022. Defendants did not respond to either sets of letters.

3. This lawsuit was initiated via Complaint filed on September 12, 2022. (*See* ECF No. 1.) Defendant Keith Crews was personally served on September 15, 2022. (*See* ECF No. 8.) Defendant Four SquareBiz, LLC was served via its registered agent on September 28, 2022. (*See* ECF No. 7.)

4. The Clerk of the Court filed an Entry of Default against Defendants Keith Crews and Four SquareBiz, LLC on January 26, 2023. (*See* ECF No. 22.)

5. As such, both Defendants herein have been defaulted for not appearing. Based upon our due diligence and upon information and belief, none of the Defendants herein are minors, incompetent persons, or officers / agencies of the United States.

6. Defendants have not formally appeared in this matter, attempted to defend this litigation, or otherwise shown any meritorious defenses. Although not required by law, Defendants are being provided notice of Plaintiff's Motion for Default Judgment via U.S. Mail and email.

7. All of the requirements of a Default Judgment—including those required by *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986) and as necessary to establish damages—are established fully in Plaintiff's Motion for Default Judgment and accompanying papers.

Declaration of Andrew M. Wagley
in Support of Motion for Default
Judgment—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

8. Based upon the foregoing, Plaintiff is entitled to Default Judgment against the remaining Defendants, jointly and severally, for the amount requested. Plaintiff is further entitled to recover costs and attorneys' fees pursuant to District Local Rule Civ 54.2.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the United States of America and State of Idaho.

EXECUTED this 11th day of August, 2023 in Spokane, Washington.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Declaration of Andrew M. Wagley
in Support of Motion for Default
Judgment—Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

Keith Crews  
1503 Scenic Overlook Court  
Kennesaw, GA 30152

☒ U.S. Mail  
☐ Facsimile  
☐ E-Mail  
☐ Via Hand Delivery

Four SquareBiz, LLC  
C/o Registered Agents Inc.  
30 North Gould Street, Suite R  
Sheridan, WY 82801

☒ U.S. Mail  
☐ Facsimile  
☐ E-Mail  
☐ Via Hand Delivery

EXECUTED this 11th day of August, 2023 in Spokane, Washington.

By: /s/ Jodi Dineen  
Jodi Dineen

Declaration of Andrew M. Wagley  
in Support of Motion for Default  
Judgment—Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON,  
VAN WERT & ORESKOVICH, P.C.  
618 WEST RIVERSIDE AVENUE, SUITE 210  
SPOKANE, WASHINGTON 99201   (509) 747-9100