Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Fax:       509-623-1439
Email:  awagley@ettermcmahon.com
Email:  samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual, | |
| Plaintiff, | Case No. 2:22-cv-00389-DCN |
| v. | |
| FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10, | **DECLARATION OF CODY J. SCHUELER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | |

I, Cody J. Schueler, hereby declare the foregoing is true and correct:

1.    I am over the age of eighteen and competent to testify regarding the matters stated herein.

2.    I am the Plaintiff in this matter.  I make this Declaration in support of the accompanying Motion for Default Judgment against Defendants Four

Declaration of Cody J. Schueler in Support
of Motion for Default Judgment—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

SquareBiz, LLC, Keith Crews, and Micah Eigler (collectively referred to as "Defendants").

3.      I have reviewed the Complaint (ECF No. 1) filed on September 12, 2022, verify the contents thereof, and incorporate the factual background of such Complaint as if restated verbatim herein.

4.      The Bitcoin Loan Agreements, including the attachments thereto, and Personal Guarantees accompanying the Complaint (ECF No. 1) are true and correct copies of those documents.

5.      I funded the first Bitcoin Loan Agreement on March 27, 2021. On that date, I disbursed five Bitcoins to Defendants via the BTC Wallet address referenced in the Agreement. At that time, the market value of the five Bitcoins was approximately $55,973.51 at closing as indicated by Yahoo Finance.

6.      Defendants never performed under the first Bitcoin Loan Agreement and never repaid me the applicable principal loaned.

7.      I funded the second Bitcoin Loan Agreement on April 26, 2021. On that date, I disbursed $363,000 in Bitcoin to Defendants via the BTC Wallet address referenced in the Agreement.

8.      Defendants never performed under the second Bitcoin Loan Agreement and never repaid me the applicable principal loaned.

Declaration of Cody J. Schueler in Support
of Motion for Default Judgment—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

9.      I funded the third Bitcoin Loan Agreement on April 29, 2021.  On that date, I disbursed $296,100 in Bitcoin to Defendants via the BTC Wallet address referenced in the Agreement.

10.     Defendants never performed under the third Bitcoin Loan Agreement and never repaid me the applicable principal loaned.

11.     Defendants are in Default.  As Plaintiff, I respectfully request the Court enter a Default Judgment as indicated in the accompanying Motion for Default Judgment.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the United States of America and State of Idaho.

EXECUTED this __29th__ day of March, 2023 in Coeur d'Alene, Idaho.

By: _____

Cody J. Schueler

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury of the laws of the United States, that on the date given below, I caused to be served in the manner noted copies of the foregoing document upon the following parties:

Keith Crews
1503 Scenic Overlook Court
Kennesaw, GA 30152

☒ U.S. Mail
☐ Facsimile
☐ E-Mail
☐ Via Hand Delivery

Four SquareBiz, LLC
C/o Registered Agents Inc.
30 North Gould Street, Suite R
Sheridan, WY 82801

☒ U.S. Mail
☐ Facsimile
☐ E-Mail
☐ Via Hand Delivery

EXECUTED this 11th day of August, 2023 in Spokane, Washington.

By: _/s/ Jodi Dineen_____
    Jodi Dineen

Declaration of Cody J. Schueler in Support
of Motion for Default Judgment—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100