UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**JUDGMENT** |

Judgment is entered in favor of Plaintiff Cody J. Schueler and against Defendants Four SquareBiz, LLC and Keith O. Crews (an individual and his associated marital community), jointly and severally, in the amount of $1,199,809.31, comprising $938,967.55 in principal and $260,841.76 in interest.

DATED: September 5, 2023

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1