**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Cody J. Schueler

v

Four SquareBiz, LLC, et al.

**BILL OF COSTS**

Case # **2:22-CV-00389-DCN**

Judgment having been entered in the above entitled action on **9/5/2023** against **Defendants Four SquareBiz, LLC and Keith O. Crews**, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| **1. Clerks and Service Fees -** removal fees, filing fees. The cost of private process servers is NOT ALLOWED. Only Marshal's service fees allowed. | $402 |
| **2. Trial Transcripts -** furnished upon request of court, or prepared pursuant to stipulation | |
| **3. Deposition Costs -** original of noticing party and prevailing party's copy of depositions used in the case; reasonable fees of notary and deposition reporter of noticing party; video depositions costs. Deposition summaries or counsel's fees NOT ALLOWED | |
| **4. Witness Fees -** at statutory rate (28 USC § 1821). Mileage outside the district limited to 100 miles each way absent prior court order. Expert witness fees at the same rate as other witness fees. Complete the worksheet on the reverse of this form, and enter the total here. | |
| **5. Copies of Papers and Exhibits -** Cost of exhibits attached to documents required to be filed and served; exemplification fees; copies of preparing clerks record on appeal. Copies of motions, pleadings and other routine case papers NOT ALLOWED. | |
| **6. Maps, Charts, Models, Photographs, Computations and Summaries -** Reasonable costs if admitted into evidence. NO enlargements great than 8" x 10" allowed unless approved by the court. NO models allowed absent an order of the court. Cost of compiling summaries, computations and statistical comparisons is NOT TAXABLE. | |
| **7. Interpreter and Translator Fees -** reasonable fees of interpreter allowed if the fee of witness is taxable. Translator fee allowed if document is necessarily filed or admitted in evidence. | |
| **8. Docket Fees -** Docket fees pursuant to 28 U.S.C. § 1923 | $20 |
| | |
| **Attach to your to cost bill an itemization and documentation for requested costs in all categories.**          **TOTAL** | $422 |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed to:

N/A - Defendants in Default

Signature of Attorney: _____   Name of Attorney  **Andrew M. Wagley**

For: **Cody J. Schueler**   Date: **9/19/23**

Name of Claiming Party

COSTS ARE TAXED IN THE AMOUNT OF _____ AND INCLUDED IN THE JUDGMENT.

Clerk of Court   By: _____   Date: _____

Deputy Clerk

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
         "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
         "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
         "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on 14 day's notice.  On motion served within 7 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
         "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
         "Entry of the judgment shall not be delayed for the taxing of costs."

**Andrew Wagley**

| | |
|---|---|
| **From:** | ecf@id.uscourts.gov |
| **Sent:** | Monday, September 12, 2022 5:29 PM |
| **To:** | CourtMail@idd.uscourts.gov |
| **Subject:** | Activity in Case 2:22-cv-00389-DCN Schueler v. Crews et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE) NextGen 1.6

## Notice of Electronic Filing

The following transaction was entered by Wagley, Andrew on 9/12/2022 at 6:28 PM MDT and filed on 9/12/2022

| | |
|---|---|
| **Case Name:** | Schueler v. Crews et al |
| **Case Number:** | 2:22-cv-00389-DCN |
| **Filer:** | Cody J Schueler |
| **Document Number:** | 1 |
| **Judge(s) Assigned:** | David C. Nye (presiding) |

**Docket Text:**
**COMPLAINT against Cody J Schueler ( Filing fee $ 402 receipt number BIDDC-2449253.), filed by Cody J Schueler. (Attachments: # (1) Cover Sheet, # (2) Exhibit, # (3) Summons Keith Crews, # (4) Summons Micah Eigler, # (5) Summons Four SquareBiz LLC)(Wagley, Andrew)**

**2:22-cv-00389-DCN Notice has been electronically mailed to:**

Andrew M Wagley    awagley@ettermcmahon.com

**2:22-cv-00389-DCN Notice will be served by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=9/12/2022] [FileNumber=2376369-0
] [794c46e2be43fc888b9c4eb5b287b16810f14328414bb2c6a665d35302356a6b2a7
021405b64007baddd494d2a5851d8cbc168aa21eeab1f957824439f93b9db]]
**Document description:**Cover Sheet

**Andrew Wagley**

**From:**            do_not_reply@psc.uscourts.gov
**Sent:**            Monday, September 12, 2022 5:28 PM
**To:**              Andrew Wagley
**Subject:**         Pay.gov Payment Confirmation: IDAHO DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Christy Hilde at 208-334-9207.

    Account Number: 4948979
    Court: IDAHO DISTRICT COURT
    Amount: $402.00
    Tracking Id: BIDDC-2449253
    Approval Code: 012867
    Card Number: ************2947
    Date/Time: 09/12/2022 08:27:43 ET

NOTE: This is an automated message. Please do not reply

1