Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax:    509-623-1439
Email: awagley@ettermcmahon.com
Email: samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

COMES NOW, Plaintiff CODY J. SCHUELER, by and through his attorneys of record, and hereby respectfully submits the following Motion for Attorneys' Fees and Costs. This Motion is made pursuant to Federal Rule of Civil Procedure 54(d), District of Idaho Local Rule 54.2, and is supported by the accompanying Memorandum of Law, including the authorities therein. This Motion is further supported by the Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs, Declaration of Andrew M. Wagley, and the

Plaintiff's Motion for Attorneys' Fees and Costs—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Declaration of Richard T. Wetmore Re: Reasonable North Idaho Commercial Litigation Rates, as well as other pertinent portions of the Court File herein.

As indicated fully in the accompanying Memorandum, an award of $17,184.50 in reasonable attorneys' fees and $940.52 in costs should be awarded in favor of Plaintiff against Defendants Four SquareBiz, LLC ("Four SquareBiz") and Keith O. Crews, individually and the associated marital community comprised thereof ("Defendant Crews"). Plaintiff is the prevailing party in this matter stemming from the breach of the Agreements at issue and associated commercial transaction. Plaintiff obtained a $1,199,809.31 Default Judgment against Defendants Four SquareBiz and Crews. As such, an award of $18,125.02 in attorneys' fees and costs is reasonable and only constitutes approximately 1.5% of the Default Judgment amount.

As such, Plaintiff respectfully requests that the Court grant his Motion for Attorneys' Fees and Costs, and award the same in the amount of $18,125.02, comprised of $17,184.50 in reasonable attorneys' fees and $940.52 in costs.

RESPECTFULLY SUBMITTED this 19th day of September, 2023.

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
  VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
   Andrew M. Wagley, ISB #10277
   Samir Dizdarevic-Miller, ISB #11471
   *Attorneys for Plaintiff Cody J. Schueler*

Plaintiff's Motion for Attorneys' Fees
and Costs—Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100