Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax:    509-623-1439
Email: awagley@ettermcmahon.com
Email: samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**DECLARATION OF RICHARD T. WETMORE RE: NORTHERN IDAHO REASONABLE COMMERCIAL LITIGATION RATES** |

I, Richard T. Wetmore, do hereby declare that the foregoing is true and correct to the best of my knowledge and understanding:

1. I am over the age of eighteen, not a party to this matter, and competent to testify regarding the information contained herein.

Declaration of Richard T. Wetmore Re:
Northern Idaho Reasonable Commercial
Litigation Rates—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. I make this Declaration at the request of Counsel for Plaintiff Cody J. Scheuler regarding reasonable commercial litigation rates in the District of Idaho, Northern Division. I have reviewed various pleadings in this matter, including the Complaint; Memorandum in Support of Plaintiff's Motion for Default Judgment; Findings of Fact, Conclusions of Law, and Order Granting Default Judgment; and the Judgment in the amount of $1,199,809.31.

3. I received my Juris Doctor (JD) degree from the University of Colorado School of Law in 2005. Prior to attending the University of Colorado School of Law, I graduated from Southwestern Adventist University in 2001, with a Bachelor of Business Administration (BBA) and *magna cum laude* honors.

4. I have 18 years of experience as a trial attorney. I am a Partner at Dunn & Black. I am currently licensed to practice law in Washington, Idaho, Oregon, Montana, and Colorado. My current practice consists primarily of complex civil litigation and construction law matters. I have been recognized as a "Top Lawyer" in Spokane Coeur d'Alene Living Magazine. I have also been recognized as a Super Lawyer in Construction Litigation by Washington Super Lawyers Magazine. I have a perfect "10.0" rating with Avvo.

5. I served for six years as an at-large member on the Executive Committee for the WSBA Construction Law Section. I have successfully litigated, arbitrated, and mediated complex disputes involving commercial and residential construction projects, government construction projects, business disputes, insurance

Declaration of Richard T. Wetmore Re:
Northern Idaho Reasonable Commercial
Litigation Rates—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

coverage actions, and other civil litigation matters. I have also successfully argued cases before the Washington Supreme Court, Washington Court of Appeals and the Oregon Court of Appeals.

6. Dunn & Black, P.S., is an AV-rated law firm, and is a recognized leader in construction law throughout the Northwest, with an extensive litigation practice in business and complex civil disputes, eminent domain/condemnation, and real estate disputes. Founded in 1991, we represent a wide variety of clients including regional and national contractors, owners, developers and sureties throughout the western United States. Due to our experience and reputation, we have litigated cases and resolved complex matters throughout the country.

7. Dunn & Black, P.S. has consistently been awarded the Best Law Firm Ranking for its Construction, Litigation, Employment Law, and Eminent Domain practice areas. The lawyers of Dunn & Black, P.S. are also consistently ranked among the top lawyers in Washington, having received top ratings by Martindale Hubbell, AVVO, Washington Law and Politics Magazine, Spokane Coeur D'Alene Living Magazine, and with several having been named "Super Lawyers" and "Rising Stars" by Washington Super Lawyers Magazine.

8. In my experience, I have come to understand that the rates charged by Dunn & Black, P.S., are reasonable in the community, and while they may be higher than some, they are lower than rates charged by other firms in Seattle or Portland for lawyers of equal abilities. Dunn & Black, P.S. currently charges:

Declaration of Richard T. Wetmore Re:
Northern Idaho Reasonable Commercial
Litigation Rates—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

    a.    Between $350 and $500 per hour for Partners; and

    b.    Between $200 and $325 per hour for Associates.

9. Over the years, courts have consistently found that the rates charged by Dunn & Black, P.S. were reasonable.

10. I have known Plaintiff's Counsel Andrew Wagley for multiple years and worked on various matters with him, both as opposing counsel and during the joint defense of aligned co-defendants. Mr. Wagley is a Shareholder / Principal at Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C. and has been practicing for approximately eight years.

11. Based upon my experience, it is my opinion that the billing rate of $275 per hour for Mr. Wagley's legal services and $225 per hour for the services of his associate is reasonable for the Eastern Washington/Northern Idaho region.

12. My opinion regarding the above-referenced fee rates is current for the applicable legal market as of September 2023.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Idaho and the United States.

EXECUTED this 15th day of September, 2023, in Spokane County, Washington.

DUNN & BLACK, P.S.

Richard T. Wetmore, ISB #9418

Declaration of Richard T. Wetmore Re:
Northern Idaho Reasonable Commercial
Litigation Rates—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100