Andrew M. Wagley, ISB #10277
Samir Dizdarevic-Miller, ISB #11471
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: 509-747-9100
Fax:     509-623-1439
Email: awagley@ettermcmahon.com
Email: samir@ettermcmahon.com
*Attorneys for Plaintiff Cody J. Schueler*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO (NORTHERN DIVISION)

| | |
|---|---|
| CODY J. SCHUELER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SQUAREBIZ, LLC, a Wyoming limited liability company, KEITH O. CREWS, an individual and the associated marital community, MICAH EIGLER, an individual and the associated marital community, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00389-DCN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Andrew M. Wagley, hereby declare the foregoing is true and correct to the best of my knowledge:

1. I am over the age of eighteen and competent to testify regarding the matters stated herein. I am attorney of record for the Plaintiff, Cody J. Schueler. I make this Declaration in Support of Plaintiff's Motion for Attorneys' Fees and Costs.

Declaration of Andrew M. Wagley
in Support of Motion for Attorneys' Fees
and Costs—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. I have been a member of the Idaho State Bar since 2017. Additionally, I have been a member of the Washington State Bar since 2015. I am admitted to practice in both State and Federal Courts in Washington and Idaho.

3. I received my Juris Doctor (JD) degree from the Gonzaga University School of Law in 2015, graduating *summa cum laude*. While in law school, I received the CALI Excellence for the Future Awards (awarded for the highest grade in the class) for Criminal Law, Professional Responsibility, Constitutional Law, Legal Research & Writing, and Foundations of Appellate Law. Prior to law school, I graduated from the University of Washington Michael G. Foster School of Business, with a BA in Business Administration (Accounting Option) and *cum laude* honors.

4. I am a Shareholder / Principal at Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C. I previously clerked for the Honorable Robert Lawrence-Berrey in Division Three of the Court of Appeals of Washington. My practice areas of emphasis are commercial / business litigation, criminal defense, and other complex litigation. During my practice, I have tried several jury trials, successfully litigated multiple dispositive motions, and argued in front of Division Three of the Court of Appeals of Washington resulting in reversal in favor of my client in a trade secrets matter.

5. I have received *Best Lawyers: Ones to Watch* recognition for Commercial Litigation from 2021 to present. *Best Lawyers* is a peer-review legal publication

Declaration of Andrew M. Wagley
in Support of Motion for Attorneys' Fees
and Costs—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

company and the *Ones to Watch* recognition is based upon peer nomination in private practice. I have also received a *10.0 Superb Rating* designation from Avvo, which evaluates and rates attorneys on a scale of 1 (Extreme Caution) to 10 (Superb) based upon information provided and Avvo's own research. Additionally, I have been listed as a *Top Lawyer* for Business Law in the *Spokane-Coeur d'Alene Living* magazine since 2021.

6. Attached hereto as **Exhibit A** is a true and correct copy of my *Curriculum Vitae* (CV) containing additional biographic information.

7. On September 5, 2023, the Court granted Default Judgment in favor of Plaintiff Cody Schueler and against Defendants Four SquareBiz, LLC and Keith O. Crews (individually and his associated marital community), jointly and severally, in the amount of $1,199,809.31, comprising $938,967.55 in principal and $260,841.76 in interest. (*See* ECF No. 37.)

8. This was not a run of the mill commercial litigation matter and default judgment. Rather, this litigation involved multiple substantive commercial claims / causes of action (including fraud and civil conspiracy) stemming from Defendants' breach of three Bitcoin Loan Agreements, along with accompanying Personal Guarantees.

9. On behalf of Plaintiff, we not only pled and defaulted Defendants for multiple commercial claims, but also had to analyze choice of law issues and the implication of community property laws. This litigation was further

Declaration of Andrew M. Wagley
in Support of Motion for Attorneys' Fees
and Costs—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

complicated by virtue of Defendant Micah Eigler's Chapter 7 Bankruptcy, the application of the automatic stay pursuant to 11 U.S.C. § 362(a), and the associated analysis regarding default judgment against less than all defendants.

10. For the reasons articulated in the accompanying Memorandum of Law, Plaintiff seeks recovery of $17,184.50 in reasonable attorneys' fees and $940.52 in costs.

11. Attached hereto as **Exhibit B** is a true and correct copy of billing itemizations regarding attorneys' fees and costs incurred during my firm's representation of Plaintiff in this matter. This spreadsheet was compiled from billing records maintained by my firm.

12. As indicated in **Exhibit B**, I charged $275 per hour for attorney services and an associate in my office charged $210 per hour in this matter. These amounts were charged pursuant to a fee agreement with the client. From my experience, these rates are reasonable and consistent with the Northern Idaho legal market. My standard rate for current commercial litigation matters varies between $275 to $300 per hour.

13. Our request does not include segregable attorneys' fees and costs incurred regarding Defendant Micah Eigler in this matter as Defendant Eigler is not included in the Default Judgment. However, fees incurred tangentially involving Defendant Eigler, such as joint communications to all Defendants and research to obtain the Default Judgment following Defendant Eigler's Chapter 7

Declaration of Andrew M. Wagley
in Support of Motion for Attorneys' Fees
and Costs—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Bankruptcy, cannot reasonably be separated and were necessary for Plaintiff to prevail in this matter.

14. The entries in **Exhibit B** that indicate "n/c" document fee entries that either solely involve Defendant Eigler, were not charged to the client, or otherwise are not sought in Plaintiff's accompanying Motion.

15. Furthermore, the last page **Exhibit B** includes costs incurred in connection with this matter. As indicated therein, Plaintiff seeks recovery of $600 in expert witness fees incurred to obtain the Declaration of Richard T. Wetmore Re: Reasonable Northern Idaho Commercial Litigation Rates.

16. Based upon the foregoing and accompanying Memorandum of Law, Plaintiff's attorneys' fees and costs request is reasonable and warranted based upon the Agreements at issue and Plaintiff's status as prevailing party in this commercial litigation. The combined attorneys' fees and costs request of $18,125.02 is only approximately 1.5% of the $1,199,809.31 Judgment obtained.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the United States of America and State of Idaho.

EXECUTED this 19th day of September, 2023 in Spokane, Washington.

By: /s/ Andrew M. Wagley
    Andrew M. Wagley

Declaration of Andrew M. Wagley
in Support of Motion for Attorneys' Fees
and Costs—Page 5

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100