# EXHIBIT B

## *Schueler v. Four SquareBiz, LLC, et al.*
### Recoverable Attorneys' Fees Calculation

| | Date | Time Keeper | Rate | Hours to Bill | Amount | Itemization |
|---|---|---|---|---|---|---|
| **Attorney AMW Andrew M. Wagley** | | | | | | |
| 55000.07679 | 05/18/2022 | AMW | $275.00 | | $0.00 | Correspondence w/ General Counsel TIm Brandle regarding case background (0.3 n/c). |
| 55000.07679 | 05/23/2022 | AMW | $275.00 | 1.6 | $440.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze Bitcoin Loan Agreements and associated documents (0.6); Prepare for client meeting (0.3); Phone conference w/ Tim Brandle and Cody Schueler (0.4); Develop strategy on areas of research (0.3). |
| 55000.07679 | 05/23/2022 | AMW | $275.00 | | $0.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft Fee Agreement and email correspondence regarding same (0.3 nc). |
| 55000.07679 | 06/06/2022 | AMW | $275.00 | 1.8 | $495.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze documents and messages from client; Research Keith Crews, Four SquareBiz, LLC, and Micah Eigler; Develop collection strategy. |
| 55000.07679 | 06/17/2022 | AMW | $275.00 | 0.5 | $137.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Prep for phone conference w/ Tim Brandle regarding demand letters and develop case strategy (0.4 n/c); Phone conference w/ Tim Brandle regarding demand letters and case strategy (0.5). |
| 55000.07679 | 06/27/2022 | AMW | $275.00 | 0.6 | $165.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and outline demand letters (0.6). |
| 55000.07679 | 07/05/2022 | AMW | $275.00 | 1.2 | $330.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft demand letters to FourSquare Biz, Keith Crews, and Micah Eigler. |
| 55000.07679 | 07/06/2022 | AMW | $275.00 | 1.4 | $385.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft / revise Prelitigation Demands to Four SquareBiz, LLC, Keith Crews, and Micah Eigler (1.2); Email client regarding Prelitigation Demands and case strategy (0.2). |
| 55000.07679 | 07/08/2022 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Finalize draft Prelitigation Demands and email to client. |
| 55000.07679 | 08/03/2022 | AMW | $275.00 | 0.8 | $220.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding case strategy (0.4); Develop and draft Status of Prelitigation Demand Letters to Four SquareBiz, |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55000.07679 | 09/01/2022 | AMW | $275.00 | 2.4 | $660.00 | Crews, and Eigler (0.4). Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Complaint (2.2); Phone conference w/ Tim Brandle regarding strategy (0.2). |
| 55000.07679 | 09/02/2022 | AMW | $275.00 | 3.1 | $852.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle and Cody Schueler regarding lawsuit (0.4); Draft / revise Complaint for Breach of Contract and Other Causes of Action (1.8); Research Joseph Barisic (0.3); Phone conference w/ Tim Brandle regarding strategy (0.6). |
| 55000.07679 | 09/08/2022 | AMW | $275.00 | 2.5 | $687.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise Complaint to include Fraud and Civil Conspiracy claims (1.5); Research personal service / jurisdiction on out-of-state residents and business entity under Idaho law (0.5); Research Idaho District Court case filing procedure and Local Rules (0.3); Phone conference w/ Tim Brandle regarding Complaint (0.2). |
| 55000.07679 | 09/12/2022 | AMW | $275.00 | 0.4 | $110.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise and finalize Complaint and Exhibits. |
| 55000.07679 | 09/12/2022 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ potential Bitcoin expert witness Josh Michel. |
| 55000.07679 | 10/07/2022 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding service and default timeline. |
| 55000.07679 | 10/17/2022 | AMW | $275.00 | | $27.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email Tim Brandle and Cody Schueler Eigler's "Answer" (0.1 n/c) |
| 55000.07679 | 10/21/2022 | AMW | $275.00 | 0.8 | $220.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research procedure and standard for Idaho District Court Motion for Default Judgment. |
| 55000.07679 | 10/25/2022 | AMW | $275.00 | 0.3 | $82.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy on Motions for Default Judgment. |
| 55000.07679 | 11/03/2022 | AMW | $275.00 | | $82.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise and finalize Motion to Strike Eigler's Answer pleadings (0.3 n/c). |
| 55000.07679 | 11/08/2022 | AMW | $275.00 | 1.4 | $385.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email client regarding case status (0.3); Develop and draft Litigation Plan and Discovery Plan (0.7); Develop strategy on default and email Defendants |

| Matter | Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 55000.07679 | 11/10/2022 | AMW | $275.00 | | | regarding discovery meet-and-confer and record for default (0.4). Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ Defendant Eigler regarding discovery conference (0.1 n/c). |
| 55000.07679 | 11/11/2022 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding case status (0.4 n/c); Email correspondence w/ Micah Eigler regarding discovery conference (0.3 n/c). |
| 55000.07679 | 11/17/2022 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ Micah Eigler regarding discovery / litigation plan conference (0.2 n/c). |
| 55000.07679 | 11/21/2022 | AMW | $275.00 | 0.6 | $165.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Attend Zoom DIscovery / Litigation Plan Conference w/ Micah EIgler and Keith Crews (0.4); Phone conference w/ Tim Brandle (0.2). |
| 55000.07679 | 11/23/2022 | AMW | $275.00 | 0.6 | $165.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and revise Plaintiff's Initial Disclosures. |
| 55000.07679 | 11/25/2022 | AMW | $275.00 | 0.7 | $192.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Zoom conference w/ Micah Eigler and Keith Crews regarding Litigation Plan and Discovery Plan (0.3); Email correspondence regarding same (0.2); Finalize and file Litigation Plan and Discovery Plan (0.2). |
| 55000.07679 | 12/01/2022 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ Judicial Clerk regarding appearance of parties and Litigation Plan. |
| 55000.07679 | 12/02/2022 | AMW | $275.00 | 0.9 | $247.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Prep for Scheduling Conference (0.4); Attend Scheduling Conference (0.3); Follow up email to Keith Crews (0.2). |
| 55000.07679 | 12/14/2022 | AMW | $275.00 | 0.3 | $82.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research Federal Court Default procedure (0.3); Phone conference w/ Tim Brandle (0.4 n/c). |
| 55000.07679 | 12/22/2022 | AMW | $275.00 | 1 | $275.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research default judgment procedure with multiple defendants and joint and several liability (0.6); Develop Motions for Default (0.4). |
| 55000.07679 | 12/29/2022 | AMW | $275.00 | 4.8 | $1,320.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Motions for Default against Crews and Four SquareBiz and accompanying Memorandums of Law (3.9); Develop and draft |

| Matter | Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 55000.07679 | 01/13/2023 | AMW | $275.00 | 0.5 | $137.50 | Declaration of Andrew M. Wagley (0.6); Develop and draft Proposed Orders of Default (0.3). Schueler vs Four SquareBiz LLC, Crews, and Eigler Prep for Status Conference (0.2); Attend Telephonic Status Conference (0.3). |
| 55000.07679 | 01/26/2023 | AMW | $275.00 | 0.1 | $27.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email client regarding Clerk's Entry of Default. |
| 55000.07679 | 01/31/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze Order Striking Eigler's Answer and email to client (0.2 n/c). |
| 55000.07679 | 03/02/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Motion for Default- Defendant Micah Eigler (0.5 n/c). |
| 55000.07679 | 03/06/2023 | AMW | $275.00 | 0.6 | $165.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research Default Judgment Ninth Circuit standard and interest rate in Idaho. |
| 55000.07679 | 03/06/2023 | AMW | $275.00 | 0.8 | $220.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Memorandum in Support of Motion for Default Judgment. |
| 55000.07679 | 03/16/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop / outline Memorandum in Support of Motion for Default Judgment argument (0.7 n/c). |
| 55000.07679 | 03/17/2023 | AMW | $275.00 | 2.6 | $715.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Memorandum in Support of Motion for Default Judgment. |
| 55000.07679 | 03/17/2023 | AMW | $275.00 | 0.3 | $82.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email client regarding Motion for Default Judgment status and strategy. |
| 55000.07679 | 03/19/2023 | AMW | $275.00 | 2 | $550.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research elements of substantive causes of action (0.6); Draft Memorandum in Support of Defendant's Motion for Default Judgment (1.4). |
| 55000.07679 | 03/22/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding Motion for Default Judgment strategy (0.4 n/c). |
| 55000.07679 | 03/22/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft / revise Memorandum in Support of Motion for Default Judgment (0.5 n/c). |
| 55000.07679 | 03/28/2023 | AMW | $275.00 | 0.8 | $220.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise Declaration of Cody Schueler in Support of Motion for Default Judgment and email to client |

| | | | | | |
|---|---|---|---|---|---|
| 55000.07679 | 03/29/2023 | AMW | $275.00 | 4 | $1,100.00 | (0.4); Develop and draft Declaration of AMW in Support of Motion for Default Judgment (0.4). |
| 55000.07679 | 03/29/2023 | AMW | $275.00 | 4 | $1,100.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Memorandum in Support of Motion for Default Judgment (2.2); Research choice of law and community property implications (1.8). |
| 55000.07679 | 04/03/2023 | AMW | $275.00 | 1.8 | $495.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research community property choice of law (0.6); Draft / revise Memorandum in Support of Plaintiff's Motion for Default Judgment (1.2). |
| 55000.07679 | 04/04/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise Memorandum in Support of Motion for Default Judgment (0.8 n.c). |
| 55000.07679 | 04/10/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email client regarding Eigler Bankruptcy (0.2 n/c). |
| 55000.07679 | 04/11/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding Eigler Bankruptcy (0.3 n/c). |
| 55000.07679 | 04/18/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research scope of Bankruptcy stay and Bankruptcy attorneys in Central District of California (0.8 n/c). |
| 55000.07679 | 04/24/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research Central District of California Bankruptcy Attorney (0.2 n/c); Phone conference w/ potential attorney Cynthia Cohen of Brown White (0.3 n/c); Phone follow up w/ Cynthia Cohen regarding case background and options (0.2 n.c). |
| 55000.07679 | 04/27/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding Eigler Bankruptcy (0.4 n/c); Draft Notice of Defendant Eigler's Bankruptcy (0.2 n/c). |
| 55000.07679 | 05/02/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ Bankruptcy Attorney Cynthia Cohen (0.2 n/c). |
| 55000.07679 | 05/09/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ potential Bankruptcy Attorney Julie Oh (0.3 n/c); Email Bankruptcy Trustee regarding Creditors Meeting (0.2 n/c). |
| 55000.07679 | 05/12/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Zoom meeting w/ Potential Bankruptcy Attorney Julie Oh and Tim Brandle (0.4 n/c); Develop strategy on |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55000.07679 | 05/15/2023 | AMW | $275.00 | | | Bankruptcy proceeding / Notice of Claim (0.3 n/c). Schueler vs Four SquareBiz LLC, Crews, and Eigler Prep for Eigler Meeting of Creditors (0.3 n/c); Attend Eigler Bankruptcy Meeting of Creditors and question Eigler (1.6 n/c). |
| 55000.07679 | 06/22/2023 | AMW | $275.00 | 0.4 | $110.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy on Default Judgment following Co-Defendant's Bankruptcy Stay research. |
| 55000.07679 | 07/06/2023 | AMW | $275.00 | 0.4 | $110.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft correspondence to client regarding Eigler Bankrtupcy, Motion for Default Judgment, and case status. |
| 55000.07679 | 07/12/2023 | AMW | $275.00 | 0.4 | $110.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research default judgment procedure w/ Eigler Bankruptcy stay. |
| 55000.07679 | 07/13/2023 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding case status and strategy. |
| 55000.07679 | 07/18/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy w/ SDM regarding Motion for Default Judgment finalization (0.3 n/c). |
| 55000.07679 | 08/09/2023 | AMW | $275.00 | 3.6 | $990.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise and finalize Memorandum in Support of Plaintiff's Motion for Default Judgment (1.9); Revise and verify interest calculation (0.3); Research and draft portion of brief regarding Eigler Chapter 7 Bankruptcy and Default Judgment against remaining Defendants (1.4). |
| 55000.07679 | 08/09/2023 | AMW | $275.00 | 2.3 | $632.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Proposed Findings of Fact, Conclusions of Law, and Order Granting Motion for Default Judgment (1.7); Draft Motion for Default Judgment (0.2); Revise and finalize Declaration of AMW (0.2); Email correspondence w/ client regarding case status (0.2). |
| 55000.07679 | 09/05/2023 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze Findings of Fact, Conclusions of Law, and Order Granting Default Judgment. |
| 55000.07679 | 09/06/2023 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Email correspondence w/ Tim Brandle regarding Default Judgment. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55000.07679 | 09/06/2023 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy on Motion for Attorneys' Fees. |
| 55000.07679 | 09/06/2023 | AMW | $275.00 | 1 | $275.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research in support of Plaintiff's Motion for Attorneys' Fees. |
| 55000.07679 | 09/07/2023 | AMW | $275.00 | 0.2 | $55.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research potential attorneys for attorneys' fees Declaration. |
| 55000.07679 | 09/07/2023 | AMW | $275.00 | 2 | $550.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs. |
| 55000.07679 | 09/12/2023 | AMW | $275.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Prep for phone conference (0.2 n/c); Phone conference w/ Tim Brandle regarding enforceability of Default Judgment, SEC Complaint, and next steps (0.4 n/c). |
| 55000.07679 | 09/13/2023 | AMW | $275.00 | 0.5 | $137.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Phone conference w/ Tim Brandle regarding Fee Declaration (0.1); Phone conference and email correspondence w/ Rick Wetmore regarding Fee Declaration (0.4). |
| 55000.07679 | 09/15/2023 | AMW | $275.00 | 0.7 | $192.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze billing records for purposes of redactions / Motion Exhibit (0.2); Develop, draft, and revise Declaration of Rick Wetmore Re: Northern Idaho Reasonable Commercial Litigation Rates (0.5). |
| 55000.07679 | 09/17/2023 | AMW | $275.00 | 2.7 | $742.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop and draft Declaration of Andrew M. Wagley in Support of Plaintiff's Motion for Attorneys' Fees and Costs (1); Draft / revise Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs (1.2); Develop and draft Proposed Findings of Fact, Conclusions of Law, and Order Granting Motion for Attorneys' Fees and Costs (0.5). |
| 55000.07679 | 9/18/2023 | AMW | $275.00 | 1.9 | $522.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Compile fees / costs itemization spreadsheet (0.8); Revise / finalize Memorandum in Support of Motion for Attorneys' Fees (0.7); Revise / finalize Declaration and Proposed Order (0.4). |
| | | | Total | 58.9 | $16,197.50 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Andrew M. Wagley |

Total for Attorney AMW

Attorney SDM Samir Dizdarevic-Miller

| Matter | Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 55000.07679 | 11/01/2022 | SDM | $210.00 | | | Review/analyze case file, including complaint, Defendant Eigler's answer, demand letters, and court-issued documents (0.9 n/c). |
| 55000.07679 | 11/01/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy re: initial disclosures & discovery/litigation plan (0.3 n/c). |
| 55000.07679 | 11/01/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research and memorialize findings re: case law, Federal Rules of Civil Procedure, and Idaho Local Rules on discovery duties and default judgment (0.6 n/c). |
| 55000.07679 | 11/02/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research statutory and case law re: motions to strike insufficient answers (1.3 n.c). |
| 55000.07679 | 11/02/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft motion to strike Eigler's answer (0.8 n/c). |
| 55000.07679 | 11/03/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Revise/supplement memo in support of motion to strike Defendant Eigler's answer (0.5 n/c). |
| 55000.07679 | 11/18/2022 | SDM | $210.00 | 0.8 | $168.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft Client's initial disclosures. |
| 55000.07679 | 11/21/2022 | SDM | $210.00 | 0.3 | $63.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft Client's initial disclosures. |
| 55000.07679 | 11/21/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Prepare for litigation/discovery plan meeting w/ Defendants (n/c). |
| 55000.07679 | 11/21/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Attend litigation/discovery plan meeting w/ Andy and Defendants Micah Eigler and Keith Crews (n/c). |
| 55000.07679 | 11/23/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy re: initial disclosures (n/c). |
| 55000.07679 | 11/23/2022 | SDM | $210.00 | 0.9 | $189.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft/finalize initial disclosures. |
| 55000.07679 | 12/29/2022 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Review/revise memo in support of motion for default (n/c). |
| 55000.07679 | 01/23/2023 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze judgment calculation spreadsheet (n/c). |
| 55000.07679 | 04/04/2023 | SDM | $210.00 | | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Review and provide feedback re: Memorandum in |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55000.07679 | 04/05/2023 | SDM | | $210.00 | | Support of Plaintiff's Motion for Default Judgment (1.5 n/c). Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop arguments in Memorandum in Support of Motion for Default Judgment (0.2 n/c). |
| 55000.07679 | 06/22/2023 | SDM | | $210.00 | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop default judgment strategy and discuss impact of Defendant Eigler's bankruptcy. |
| 55000.07679 | 07/18/2023 | SDM | 1.9 | $210.00 | $399.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Research District of Idaho local rules and case law re: overlength briefs and whether defaulted parties are generally entitled to notice (0.6); draft/revise motion and memo ISO Motion for Leave to File Overlength Brief (1.3). |
| 55000.07679 | 07/18/2023 | SDM | | $210.00 | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop strategy w/AMW re: Client's Motion for Default Judgment in light of Defendant Eigler's bankruptcy and Motion for Leave to File Overlength Brief (0.3 n/c). |
| 55000.07679 | 07/19/2023 | SDM | | $210.00 | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Draft/revise and finalize Motion for Overlength Brief and supporting Memo (0.3 n/c); draft/revise Proposed Order granting said Motion (0.2 n/c). |
| 55000.07679 | 08/09/2023 | SDM | | $210.00 | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Develop argument re: Motion for Default Judgment that such a motion may be brought despite Defendant Eigler's bankruptcy (n/c). |
| 55000.07679 | 08/10/2023 | SDM | 0.8 | $210.00 | $168.00 | Schueler vs Four SquareBiz LLC, Crews, and Eigler Analyze and suggest revisions regarding Memorandum in Support of Plaintiff's Motion for Default Judgment. |
| 55000.07679 | 09/05/2023 | SDM | | $210.00 | | Schueler vs Four SquareBiz LLC, Crews, and Eigler Review/analyze Order Granting Default Judgment (n/c). |
| | | | Total | 4.7 | | $987.00 Schueler vs Four SquareBiz LLC, Crews, and Eigler Samir Dizdarevic-Miller |

Total for Attorney SDM

| | Hours | Attorneys' Fees |
|---|---|---|
| **Grand Total** | | |
| Andrew M. Wagley | 58.9 | $16,197.50 |
| Samir Dizdarivic-Miller | 4.7 | $987.00 |
| | | **$17,184.50** |

## *Schueler v. Four SquareBiz, LLC, et al.*

**Recoverable Costs Calculation**

### Copy Charges

| | | | | | | |
|---|---|---|---|---|---|---|
| | 55000.07679 | 06/30/2022 | Cost | $0.10 | $1.00 | Copy Charges for June 2022. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 11/30/2022 | Cost | $0.10 | $10.00 | Copy Charges for November 2022. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 12/31/2022 | Cost | $0.10 | $19.60 | Copy Charges for December 2022. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 04/30/2023 | Cost | $0.10 | $20.10 | Copy Charges for March 2023. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 05/31/2023 | Cost | $0.10 | $6.30 | Copy Charges for April 2023. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 06/30/2023 | Cost | $0.10 | $1.00 | Copy Charges for June 2023. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| | 55000.07679 | 08/31/2023 | Cost | $0.10 | $16.30 | Copy Charges for August 2023. Schueler vs Four SquareBiz LLC, Crews, and Eigler |

**Total for Copy Charges**     $74.30

### Other Charges

| | | | | | |
|---|---|---|---|---|---|
| 55000.07679 | 07/31/2022 | AMW | | $33.27 | July Postage expense. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 08/31/2022 | AMW | | $23.46 | August Postage expense. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 9/20/2022 | AMW | | $86.64 | Costs advanced: Express Legal Services, LLC Service of Process on Keith Crews Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 9/28/2022 | AMW | | $99.00 | Costs advanced: Sheridan Process Servers Service of Process on Four SquareBiz, LLC Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 09/29/2022 | AMW | | n/c | Costs advanced: ABC Legal Services, Inc. - Process of Service 9/27/22 Micah Eigler ($256.50 n/c). Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 11/30/2022 | AMW | | $7.71 | November Postage expense. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 01/31/2023 | AMW | | $10.56 | January Postage expense. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 08/31/2023 | AMW | | $5.58 | August Postage expense. Schueler vs Four SquareBiz LLC, Crews, and Eigler |
| 55000.07679 | 9/15/2023 | AMW | | $600.00 | Expert Witness Fee- Richard T. Wetmore Fee Declaration Legal Work (1.5 hours at $400) Schueler vs Four SquareBiz LLC, Crews, and Eigler |

    $866.22

**Total Costs**     $940.52